IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:26-cr-0004 |
| ) | |
| **TIBERIU-ILIE ROSTAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 11, 2026, recommending that the Defendant's plea of guilty to Count One of the Information, Reentry of Removed Alien, a violation of Title 8, United States Code, Sections 1326(a), be accepted, and the Defendant be adjudged guilty. (ECF No. 14.) Also before the Court is Defendant's Unopposed Motion to Expedite Sentencing. (ECF No. 17.) Defendant's counsel states that he communicated with counsel for the Government who stated the Government has no objection to Defendant's requests in its motion. *Id.* at 3. Accordingly, after careful consideration and review, there being no objection to the motion, and in light of the circumstances of this case, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 14, is **ADOPTED;** it is further

**ORDERED** that Defendant Tiberiu-Ilie Rostas' plea of guilty as to Count One of the Information is **ACCEPTED**, and that Tiberiu-Ilie Rostas is adjudged **GUILTY** on that count; it is further

*United States v. Tiberiu-Ilie Rostas*
Case No. 3:26-cr-0004
Order
Page **2** of **2**

**ORDERED** that Defendant Tiberiu-Ilie Rostas' Unopposed Motion to Expedite Sentencing, ECF No. 17, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **March 10, 2026**, it is further

**ORDERED** that the parties are excused from filing a sentencing memorandum and will be allowed to allocute at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **March 18, 2026, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** February 23, 2026          */s/ Robert A. Molloy*
                                      **ROBERT A. MOLLOY**
                                      **Chief Judge**